UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HADLEY,

       Petitioner,                              Case No.  1:12-CV-692

v.                                                  HON. GORDON J. QUIST

MARY BERGHUIS,

       Respondent.
                                /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the magistrate judge on June 20, 2014.  In that Report and Recommendation, Magistrate Judge Carmody recommends that the Court deny Anthony Hadley's petition for writ of habeas corpus.  The Report and Recommendation was duly served on Hadley on June 23, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed June 20, 2014 (dkt. #31), is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition (dkt. # 1) is **DENIED**.

This case is **concluded**.

Dated:  July 17, 2014                                               /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE